**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Daniel Webster College, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-4555980** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **20 University Drive** <br> **Nashua, NH 03063** <br> Number, Street, City, State & ZIP Code <br><br> **Hillsborough** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.dwc.edu** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ | |

Debtor **Daniel Webster College, Inc.** Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
    **6115**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Schedule 1 attached hereto**    Relationship to you _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Daniel Webster College, Inc.** Case number (*if known*) _____
_____Name_____

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **Student education records.**

**Where is the property?**  **20 University Drive**
**Nashua, NH, 03063-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Daniel Webster College, Inc.**
Name

Case number (If known)

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the Information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 16 / 2016
MM / DD / YYYY

X _Signature_
Signature of authorized representative of debtor

**Phillip B. Frank**
Printed name

Title **Senior Vice President, General Counsel & Secretary**

**18. Signature of attorney**

X _Signature_
Signature of attorney for debtor

Date 09 / 16 / 2016
MM / DD / YYYY

**Jay Jaffe**
Printed name

**Faegre Baker Daniels LLP**
Firm name

**600 E. 96th Street, Suite 600
Indianapolis, IN 46240**
Number, Street, City, State & ZIP Code

Contact phone  **317-569-9600**     Email address  **jay.jaffe@faegrebd.com**

**5037-98**
Bar number and State

## **SCHEDULE 1**

## **LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court, Southern District of Indiana, Indianapolis Division.

1. ITT Educational Services, Inc.

2. ESI Service Corp.

3. Daniel Webster College, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DANIEL WEBSTER COLLEGE, INC., | ) | Case No. 16- |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Daniel Webster College, Inc. ("Debtor"), by counsel, submits the following corporate ownership statement pursuant to Fed. R. Bankr. P. 1007(a)(1):

ITT Educational Services, Inc., a publicly held company [NYSE:ESI], owns 100% of Debtor's equity interests. As of August 31, 2016, and based solely on information in reports filed under Section 13(d) or 13(g) of the Securities and Exchange Act of 1934, as amended, by the beneficial owners listed below, the following are corporations, other than a governmental unit, that purport to own 10% or more of any class of the equity interests of ITT Educational Services, Inc.:

| Beneficial Owner | Approximate Percentage of Shares Held |
|---|---|
| Warburg Pincus Asset Management, Inc. | 12.4% |
| Nantahala Capital Management, LLC | 10.8% |

Debtor is not aware of any other corporation that directly or indirectly owns 10% or more of any class of its equity interests.

Respectfully submitted,

/s/ Jay Jaffe

*Counsel for Debtor*

Jay Jaffe (#5037-98)
Kayla D. Britton (#29177-06)
Dustin R. DeNeal (#27535-49)
Faegre Baker Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com
dustin.deneal@faegrebd.com

108146433_1

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DANIEL WEBSTER COLLEGE, INC., | ) | Case No. 16- |
| | ) | |
| Debtor. | ) | |

**FAEGRE BAKER DANIELS LLP'S DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

I certify that I am one of the attorneys for the above-captioned debtor ("Debtor") and a partner of the firm of Faegre Baker Daniels LLP ("FBD"), and that compensation paid or agreed to be paid to FBD for services rendered or to be rendered on behalf of Debtor in or in connection with this case, such payment or agreement having been made after one year before the date of filing of the petition, is as follows:

1. ITT Educational Services, Inc. ("ITT"), sole shareholder of Debtor, provided FBD with retainers prior to the filing of this case, for restructuring services and bankruptcy preparation. Pursuant to the FBD engagement letter, the retainer remaining in the amount of $87,001.28 at the time of the decision to pursue a chapter 7 filing constitutes a flat fee for services rendered and expenses incurred by FBD in contemplation of or in connection with this case and cases filed or that may be filed by ITT and subsidiaries of ITT, including, without limitation, pre-filing preparation and planning, case filing, post-filing preparation of schedules and a statement of financial affairs, preparation for and attendance at a Section 341 meeting, and case transition to a chapter 7 trustee.[1]

---

[1] ITT paid FBD additional amounts in the year preceding the filing of this case on account of fees incurred and expenses advanced by FBD in connection with its representation of ITT and Debtor in corporate, restructuring and other matters. Those amounts will be disclosed as necessary in the statement of financial affairs filed in ITT's bankruptcy case and/or this case.

US.108203204.01

-2-

2. The source of compensation paid and agreed to be paid to FBD is the retainer described above.

3. FBD has not agreed to share this compensation with any other person.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

/s/ Jay Jaffe

*Counsel for Debtor*

Jay Jaffe (#5037-98)
Kayla D. Britton (#29177-06)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com
dustin.deneal@faegrebd.com

US.108203204.01