UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| DANIEL WEBSTER COLLEGE, INC. | ) Case No. 16-07209-JMC-7A |
| | ) |
| Debtor | ) |

## NOTICE OF TRUSTEE'S FINAL REPORT AND DEADLINE TO OBJECT (NFR)

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), Deborah J. Caruso, trustee of the above styled estate (the "Trustee"), has filed a Final Report which is summarized in the attached Summary of Trustee's Final Report. The complete Final Report is available for inspection on the case website at https://omniagentsolutions.com/itt or at the Office of the Clerk, at the following address: 116 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that the Final Report is the official record of the administration and final determination of the final allowance or disallowance of the claims in this case and the proposed distribution to allowed claims.

**PLEASE TAKE FURTHER NOTICE** that any person wishing to object to the Final Report, must file a written objection within **21 days** from the mailing of this notice, together with a request for a hearing and serve a copy of upon the Trustee and the United States Trustee. If no objections are filed, the Trustee may pay dividends pursuant to Fed. R. Bankr. P. 3009 without further order from the Court.

**PLEASE TAKE FURTHER NOTICE** that you **DO NOT** need to file a proof of claim or take any further action to receive your proposed distribution as indicated in the attached Summary of Trustee's Final Report.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Trustee's Motion for Authority for Certain Procedures in Connection with the Final Administration of the Affiliated Debtors' Bankruptcy Estates* (the "Final Administration Procedures Order") [Doc 5306] entered on June 27, 2023, in the event there are any required modifications to the Final Report, the Trustee will only file a Revised Distribution Report. You will only receive direct notice by U.S. Mail of the Revised Distribution Report if it results in creditors receiving distributions that are more than 0.5% less than originally listed in the Final Report. To the extent the Revised Distribution Report results in creditors receiving distributions that are no more than 0.5% less than originally listed in the Final Report or receiving distribution greater than originally listed in the Final Report, the Revised Distribution Report will only be posted on the case website at https://omniagentsolutions.com/itt and no further notice will be sent to you.

| | | |
|---|---|---|
| Date Mailed: 9/25/2023 | By: | */s/ Deborah J. Caruso* |
| | | Trustee |

Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 453-8628

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| DANIEL WEBSTER COLLEGE, INC. | ) | Case No. 16-07209-JMC-7A |
| | ) | |
| Debtor | ) | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $14,272,192.62
*and approved disbursements of*     $12,409,471.51
*leaving a balance on hand of[1]:*     $1,862,721.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 122a | NADINE CHAMBERLIN (GENE GRAVELLE) | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,862,721.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah J. Caruso, Trustee Fees | $450,368.78 | $378,027.77 | $72,341.01 |
| Deborah J. Caruso, Trustee Expenses | $870.30 | $0.00 | $870.30 |
| Rubin & Levin, PC, Attorney for Trustee Fees | $368,984.44 | $368,984.44 | $0.00 |
| Rubin & Levin, PC, Attorney for Trustee Expenses | $6,043.67 | $6,043.67 | $0.00 |
| BGBC Partners, LLP, Accountant for Trustee Fees | $38,629.46 | $38,629.46 | $0.00 |
| BGBC Partners, LLP, Accountant for Trustee Expenses | $1,082.70 | $1,082.70 | $0.00 |
| A&G Realty Partners, LLC, Auctioneer for Trustee Fees | $109,250.00 | $109,250.00 | $0.00 |
| Other: McKool Smith, P.C., Attorney for Trustee Fees | $22,999.50 | $22,999.50 | $0.00 |
| Other: Robins Kaplan, LLP, Attorney for Trustee | $2,286.36 | $2,286.36 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Fees | | | |
| Other: McKool Smith, P.C., Attorney for Trustee Expenses | $1,024.31 | $1,024.31 | $0.00 |
| Other: Robins Kaplan, LLP, Attorney for Trustee Expenses | $3.44 | $3.44 | $0.00 |
| Other: McClintock & Associates, P.C., Accountant for Trustee Fees | $1,722.70 | $1,722.70 | $0.00 |
| Other: A&G Realty Partners, LLC, Realtor for Trustee Fees | $215,400.00 | $215,400.00 | $0.00 |
| Other: A&G Realty Partners, LLC, Realtor for Trustee Expenses | $2,000.00 | $2,000.00 | $0.00 |
| Other: CorsumIT, LLC, Consultant for Trustee Fees | $49,167.55 | $49,167.55 | $0.00 |
| Other: Electronic Strategies, Inc., Other Professional Fees | $132,246.23 | $132,246.23 | $0.00 |
| Other: Ezra Goldman, Other Professional Fees | $10,157.80 | $10,157.80 | $0.00 |
| Other: Mark A. Huber, Other Professional Fees | $118,100.00 | $118,100.00 | $0.00 |
| Other: Omni Management Group, Other Professional Fees | $44,061.71 | $44,061.71 | $0.00 |
| Other: G&E Real Estate Mgmt Svcs, Inc., Management Company for Trustee Fees | $80,791.97 | $80,791.97 | $0.00 |
| Other: CorsumIT, LLC, Consultant for Trustee Expenses | $7,543.59 | $7,543.59 | $0.00 |
| Other: Electronic Strategies, Inc., Other Professional Expenses | $30,824.41 | $30,824.41 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $73,211.31
Remaining balance: $1,789,509.80

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,789,509.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,565.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| EE | United States Treasury | $61.21 | $61.21 | $0.00 |
| ER | United States Treasury | $156.02 | $156.02 | $0.00 |
| 8 | DEBORA L. LOWKE | $298.91 | $298.91 | $0.00 |
| 11 | ROSE E. LAFONTAINE | $278.95 | $278.95 | $0.00 |
| 88 | JENNIFER EVERLY | $700.40 | $700.40 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 122b | NADINE CHAMBERLIN (GENE GRAVELLE) | $913.54 | $913.54 | $0.00 |
| 134 | WILLIAM R. MARQUIS | $161.58 | $161.58 | $0.00 |
| 136 | JEREMY JOHN MURPHY | $481.19 | $481.19 | $0.00 |
| 160 | DEBORA L. LOWKE | $71.31 | $71.31 | $0.00 |
| 198 | MARILYN FRANKLAND | $194.71 | $194.71 | $0.00 |
| 244a | STATE OF ALABAMA, DEPARTMENT OF REVENUE | $111.99 | $111.99 | $0.00 |
| 370Aa | RACHEL V. CASTILLO | $147.46 | $147.46 | $0.00 |
| 370Ab | LAURA l. CLEAVES | $415.92 | $415.92 | $0.00 |
| 370Ac | CATHERINE A CONNELL | $449.80 | $449.80 | $0.00 |
| 370Ad | STEVEN P. COOPER | $138.44 | $138.44 | $0.00 |
| 370Ae | SCOTT CORBETT | $182.03 | $182.03 | $0.00 |
| 370Af | DENISE K DUKELOW | $372.37 | $372.37 | $0.00 |
| 370Ag | KRYSTAL A GARLOCK | $178.98 | $178.98 | $0.00 |
| 370Ah | AMANDA M GIBBONS | $386.81 | $386.81 | $0.00 |
| 370Ai | TODD A GORDON | $349.51 | $349.51 | $0.00 |
| 370Aj | WAYNE A GOULET | $443.12 | $443.12 | $0.00 |
| 370Ak | DAVID M HUBER | $238.83 | $238.83 | $0.00 |
| 370Al | SOPHIA P JOHNSON | $623.98 | $623.98 | $0.00 |
| 370Am | YD KOUMARIANOS | $449.02 | $449.02 | $0.00 |
| 370An | MICHAEL R LAMBERT | $208.32 | $208.32 | $0.00 |
| 370Ao | JAMES F LINDSAY | $513.28 | $513.28 | $0.00 |
| 370Ap | FUJIA LU | $475.96 | $475.96 | $0.00 |
| 370Aq | JAMES F MATTHEWS | $657.73 | $657.73 | $0.00 |
| 370Ar | JANET M PROULX | $241.49 | $241.49 | $0.00 |
| 370As | KENNETH M RICHARDSON | $786.80 | $786.80 | $0.00 |
| 370At | JODY A SHAW | $560.35 | $560.35 | $0.00 |
| 370Au | MICHAEL W TEASDALE | $720.18 | $720.18 | $0.00 |
| 370Av | LOUIS H WINSLOW | $521.58 | $521.58 | $0.00 |
| 374b | FRANCHISE TAX BOARD | $823.54 | $823.54 | $0.00 |
| 476 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES | $250.00 | $250.00 | $0.00 |

Total to be paid to priority claims:     $0.00
Remaining balance:     $1,789,509.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $1,240,733,215.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 16 | JAMES MATTHEWS | $1,050.00 | $8.04 | $1.52 |
| 19 | MBT WORLDWIDE,INC. | $20,072.50 | $153.69 | $29.18 |
| 20 | DAN PICARD | $350.00 | $2.68 | $0.51 |
| 46 | GRANITE STATE AUTOMATION | $874.49 | $6.70 | $1.27 |
| 59 | JEREMY MURPHY | $118.50 | $0.91 | $0.17 |
| 64 | MY COLLEGE GUIDE | $6,995.00 | $53.56 | $10.17 |
| 65 | PAPERGRAPHICS PRINT & COPY, INC | $985.67 | $7.55 | $1.43 |
| 69 | THE GRAPHIC EDGE | $2,615.15 | $20.02 | $3.80 |
| 94 | MCMASTER-CARR SUPPLY COMPANY | $86.60 | $0.66 | $0.13 |
| 106 | GRANITE STATE GLASS | $562.00 | $4.30 | $0.82 |
| 125 | THE REGAL PRESS, INC. | $287.34 | $2.20 | $0.42 |
| 130 | MCGILL'S, INC. | $412.70 | $3.16 | $0.60 |
| 139 | JOSTENS, INC. | $541.17 | $4.14 | $0.79 |
| 152 | BETTY K. MULLINS | $1,790.00 | $13.71 | $2.60 |
| 165 | JIM TROMBLY PLUMBING, HEATING & COOLING INC. | $5,830.00 | $44.64 | $8.47 |
| 182 | JAMES H. YOUNG | $4,590.00 | $35.14 | $6.68 |
| 184 | HIPPOPRESS LLC | $900.00 | $6.89 | $1.31 |
| 200 | BEST QUALIFIED CLEANING, INC. | $596.00 | $4.56 | $0.87 |
| 209 | XEROX EDUCATION SERVICES, LLC | $1,207.01 | $9.24 | $1.76 |
| 211b | PENNICHUCK WATER | $14,134.39 | $108.22 | $20.55 |
| 212A | DEPARTMENT OF THE TREASURY | $0.00 | $0.00 | $0.00 |
| 217 | PUBLIC SERVICE OF NEW HAMPSHIRE DBA EVERSOURCE | $21,355.19 | $163.51 | $31.04 |
| 219b | GRANITE STATE STAMPS | $21.20 | $0.16 | $0.03 |
| 221 | LUCENT MEDIA, LLC | $15,466.00 | $118.42 | $22.48 |
| 227 | NHTI ATHLETIC CALENDAR | $995.00 | $7.62 | $1.44 |
| 245 | LEIGHTON A. WHITE, INC. | $9,093.00 | $69.63 | $13.21 |
| 299 | WILLIAM WALLACE | $364.19 | $2.79 | $0.53 |
| 303 | SODEXO OPERATIONS, LLC | $125,205.28 | $958.67 | $181.99 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 338A | LIBERTY MUTUAL INSURANCE COMPANY | $683,605.67 | $5,234.21 | $993.67 |
| 339 | JOBCASE, INC. | $16,770.00 | $128.40 | $24.38 |
| 342A | ESI SERVICE CORP. | $9,630,752.65 | $87,739.49 | $0.00 |
| 349 | VANTIV, LLC | $500.00 | $3.83 | $0.73 |
| 359a | STUDENT CU CONNECT CUSO, LLC ("CUSO") | $127,844,857.00 | $978,877.75 | $185,833.13 |
| 383A | SOUTHERN NEW HAMPSHIRE UNIVERSITY | $816,743.44 | $6,253.61 | $1,187.21 |
| 424A | JORGE VILLALBA ET AL. & OTHERS SIMILARLY SITUATED | $1,099,896,000.00 | $8,421,642.84 | $1,598,790.29 |
| 437 | PROCYON PROPERTIES, LLC | $62,750.72 | $480.47 | $91.21 |
| 497 | United States on behalf of U.S. Department of Education | $1,544,738.11 | $11,827.69 | $2,245.41 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,789,509.80 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $12,894.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 480 | COLLEGE PUBLICATIONS, INC (NHTI ATHLETIC CALENDAR) | $995.00 | $0.00 | $0.00 |
| 483 | LOOMIS | $914.95 | $0.00 | $0.00 |
| 486 | PALACE THEATRE TRUST | $495.00 | $0.00 | $0.00 |
| 500 | THE STEPHEN PHILLIPS MEMORIAL SCHOLARSHIP FUND, INC. | $4,500.00 | $0.00 | $0.00 |
| 513 | PARADIGM PLUMBING HEATING & AIR CONDITIONING | $5,989.59 | $0.00 | $0.00 |

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 244b | STATE OF ALABAMA, DEPARTMENT OF REVENUE | $7.00 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Deborah J. Caruso
                        Trustee

Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 453-8628

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)